IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CONIFER HEALTH SOLUTIONS, LLC AND CONIFER REVENUE CYCLE SOLUTIONS, LLC** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:17-cv-00664-ALM |
| **QBE SPECIALTY INSURANCE COMPANY** | § § § § | |
| Defendant. | § § § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Conifer Health Solutions, LLC and Conifer Revenue Cycle Solutions, LLC hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on September 26, 2018 (ECF Doc. No. 47), and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting, identified within, or included within the Final Judgment, including but not limited to the Memorandum Opinion and Order dated September 26, 2018 (ECF Doc. No. 46).

Date: October 25, 2018      /s/ *Micah E. Skidmore*_____
                            Micah E. Skidmore
                            State Bar No. 24046856

                            **HAYNES AND BOONE, LLP**
                            2323 Victory Ave., Suite 700
                            Dallas, Texas 75219
                            Telephone:  (214) 651-5000
                            Telecopier:  (214) 651-5940
                            micah.skidmore@haynesboone.com

                            **ATTORNEY FOR PLAINTIFFS CONIFER HEALTH SOLUTIONS, LLC AND CONIFER REVENUE CYCLE SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of October, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

R. Douglas Noah, Jr.
Janet Tolbert
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202

*Counsel for Defendant QBE Specialty Insurance Company*

          */s/ Micah E. Skidmore*
          Micah E. Skidmore