## NO. 18-41011

# In the United States Court of Appeals
# For the Fifth Circuit

**CONIFER HEALTH SOLUTIONS, L.L.C.;**
**CONIFER REVENUE CYCLE SOLUTIONS, L.L.C.,**
*Plaintiffs-Appellants*

v.

**QBE SPECIALTY INSURANCE COMPANY,**
*Defendant-Appellee*

## UNOPPOSED MOTION TO
## VOLUNTARILY WITHDRAW THE APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellants Conifer Health Solutions, LLC and Conifer Revenue Cycle Solutions, LLC file this unopposed motion to voluntarily withdraw the appeal under Federal Rule of Appellate Procedure 42(b) and Local Rule 42.1, and respectfully request that the Court dismiss the appeal. Appellee does not oppose this motion.

Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Micah E. Skidmore*
Micah E. Skidmore
Ryan Paulsen
Emily Buchanan
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5000
Fax: (214) 659-5940
*Micah.Skidmore@haynesboone.com*
*Ryan.Paulsen@haynesboone.com*
*Emily.Buchanan@haynesboone.com*

**Attorneys for Appellants**
**Conifer Health Solutions, L.L.C. and**
**Conifer Revenue Cycle Solutions, L.L.C.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 18, 2018, I conferred with counsel for Appellee, who stated that Appellee does not oppose the motion.

*/s/ Micah E. Skidmore*
Micah E. Skidmore

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically transmitted the attached document to the Clerk of the Court of the 5th Circuit Court of Appeals using the ECF System of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Micah E. Skidmore*
Micah E. Skidmore

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that:

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 52 words.

2. This document complies with Fed. R. App. P. 27(d)(1)(E), the typeface requirements of Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in 14-point Times New Roman font.

*/s/ Micah E. Skidmore*
Micah E. Skidmore

4825-6571-5074

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-41011

_____

CONIFER HEALTH SOLUTIONS, L.L.C.; CONIFER REVENUE CYCLE
SOLUTIONS, L.L.C.,

Plaintiffs - Appellants

v.

QBE SPECIALTY INSURANCE COMPANY,

Defendant - Appellee

**A True Copy**
**Certified order issued Dec 19, 2018**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court
for the Eastern District of Texas

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of December 19, 2018, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT